UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Magistrate Case No.: |
| ) | **'08 MJ 1499** |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | |
| ) | Title 8 U.S.C., Sec. 1324 (a)(2)(B)(iii) |
| **Octavio CRUZ-Rodriguez,** ) | Attempted Bringing in Illegal |
| ) | Aliens Without Presentation |
| ) | |
| Defendant(s) ) | |

The undersigned complainant, being duly sworn, states:

On or about **May 13, 2008,** within the Southern District of California, defendant **Octavio CRUZ-Rodriguez**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Eduardo BARAJAS-Oviedo, Salvador GONZALEZ-Islas, Eustacio BELTRAN-Mendoza,** had not received prior official authorization to come to, enter and reside in the United States, did attempt to bring to the United States said aliens and upon arrival not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **14th** DAY OF **MAY 2008**

Cathy A. Bencivengo
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Octavio CRUZ-Rodriguez**

## PROBABLE CAUSE STATEMENT

Furthermore, the complainant states that **Eduardo BARAJAS-Oviedo, Salvador GONZALEZ-Islas, Eustacio BELTRAN-Mendoza** are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On May 13, 2008, at approximately 12:01 a.m., Border Patrol Agent I. Diaz was performing line watch duties east of the Tecate, California Port of Entry when he observed an individual later identified as defendant **Octavio CRUZ-Rodriguez,** giving directions to eight individuals as they crossed the United States/ Mexico International Boundary Fence. Agent Diaz observed the defendant lead the eight individuals into a drainage ditch approximately twenty yards north of the International Fence. Agent Diaz observed the defendant return back into Mexico. Approximately fifteen minutes later Agent Diaz observed the defendant crawl back north from under the United States/Mexico International Fence and return to where the eight individuals were concealed in the drainage ditch. Agent Diaz then observed the defendant guide the eight individuals north across Thing Road which is located approximately one hundred fifty yards north of the United States/Mexico International fence.

Agent Diaz then directed Border Patrol Agent S. Hall to where the nine individuals were attempting to conceal themselves in brush north of Thing Road. Agent Hall approached the nine individuals and identified himself as a United States Border Patrol Agent. Agent Hall then conducted an immigration inspection. During the interview the defendant attempted to flee back into Mexico. The defendant was immediately restrained. The defendant was questioned as to his immigration status and admitted to being a Mexican citizen without any immigration documents that would allow him to enter or remain in the United States legally. The other eight individuals also admitted to being citizens and nationals of Mexico without immigration documents that would allow them to enter or remain in the United States legally. All nine were placed under arrest and transported to the Tecate, California Processing Center.

## MATERIAL WITNESSES STATEMENTS:

Material witnesses **Eduardo BARAJAS-Oviedo, Salvador GONZALEZ-Islas, Eustacio BELTRAN-Mendoza** agree in summary that they are citizens and nationals of Mexico illegally present in the United States and did not have any immigration documents allowing them to be or remain in the United States legally. They admitted to smuggling arrangements with an unknown smuggler in Tijuana, Baja California, Mexico and that they entered into the United States illegally. The material witnesses stated that they were to pay $2,500.00 to $3,200.00 (US) to be smuggled into the United States. The material witnesses were shown a photographic line up and were able to identify defendant **Octavio CRUZ-Rodriguez** as a foot guide of the group.