# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
       Plaintiff                          )    CRIMINAL NO. _08mj1499_____
                   )
       vs.                                )         ORDER
                   )
Octavio Cruz-Rodriguez              )    RELEASING MATERIAL WITNESS
       Defendant(s)                       )
                   )    Booking No. 08500399
_____   )

**CATHY ANN BENCIVENGO**

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

Eustacio Beltran-Mendoza
(Mat Wit not arraigned- not in USMS custody)

DATED: ___5-27-00___

RECEIVED _____
           **DUSM**

**CATHY ANN BENCIVENGO**
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
by _____
         **Deputy Clerk**
        L. HERNANDEZ