UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Octavio Cruz-Rodriguez ) <br> ) <br> Defendant(s) ) <br> _____ ) | CRIMINAL NO. 08CR1693-JM <br> 08mj1499 <br> ORDER <br> RELEASING MATERIAL WITNESS <br> Booking No. 08500299 |

On order of the United States District/Magistrate Judge, **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Eduardo Barajas-Oviedo
(mat wit not arraigned - not in USMS custody)

DATED: 5-27-08

RECEIVED _____
            DUSM

**CATHY ANN BENCIVENGO**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR. Clerk

by _____
        Deputy Clerk
        L. HERNANDEZ

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082